**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6416**

---

ABIR ALI,

         Plaintiff - Appellant,

   v.

ESKER LEE TATUM, Warden; JOHN DOE; JOHN DOE,

         Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David J. Novak, District Judge. (3:24-cv-00073-DJN-MRC)

---

Submitted: December 23, 2025               Decided: December 31, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Abir Ali, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abir Ali appeals the district court's order denying relief on his second particularized 42 U.S.C. § 1983 complaint under 28 U.S.C. §§ 1915(e)(2), 1915A.  We have reviewed the record and discern no reversible error.  Accordingly, we grant Ali's motion to seal his informal brief and affirm the district court's order.  *Ali v. Tatum*, No. 3:24-cv-00073-DJN-MRC (E.D. Va. Mar. 26, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*